In the Matter of the Claim of PETER LA DUKE against JOHN D. MARTIN, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

Argued October 9, 1941; decided November 19, 1941.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for appellant.

*F. Claude O'Connell* for respondent.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.